IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN DEON MILLER, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:16cv937-MHT (WO) |
| CITY OF DOTHAN, ALABAMA, | ) ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit contending that his employer subjected him to racial discrimination in discipline and retaliation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted, and that plaintiff's motion for leave to amend the complaint be denied as futile. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of May, 2018.

          /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE