IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KEVIN DEON MILLER,            )
                              )
     Plaintiff,               )
                              )   CIVIL ACTION NO.
     v.                       )    1:16cv937-MHT
                              )        (WO)
CITY OF DOTHAN, ALABAMA,      )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 39) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 36) is adopted.

(3) Defendant's motion for summary judgment (doc. no. 22) is granted.

(4) Plaintiff's motion for leave to amend the complaint (doc. no. 26) is denied as futile.

(5) All other pending motions are denied as moot.

(6) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of May, 2018.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE