IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KEVIN DEON MILLER,             )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       1:16cv937-MHT
                               )           (WO)
CITY OF DOTHAN, ALABAMA,       )
                               )
     Defendant.                )
```

## ORDER

Upon consideration of the motion to tax costs (doc. no. 44), it is ORDERED that the motion is denied as moot. The court already taxed costs against the plaintiff in the judgment (doc. no. 42).

DONE, this the 22nd day of January, 2019.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE